

# THE THIRTEENTH COURT OF APPEALS

## 13-22-00304-CV

In the Interest of M.R. and X.R., children

On Appeal from the
County Court at Law of Aransas County, Texas
Trial Court Cause No. A-18-7036-FL

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and remanded to the trial court. The Court orders the judgment of the trial court REVERSED AND REMANDED for further proceedings consistent with its opinion. Appellee, TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES, is exempt from all costs.

We further order this decision certified below for observance.

December 22, 2022